IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE TAKU                                                                PLAINTIFF

vs.                                 NO: 3:07CV00089 BSM

CONTINENTAL COMPUTER SPECIALITIES, INC.
a/k/a CONTINENTAL COMPUTER CORP.              DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the motion to dismiss, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE